PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 5:15CR00100-01 |

| DOCKET NUMBER *(Rec. Court)* |
|---|
| 3:18-00024 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Tricia Arbaugh<br>703 Sunset Avenue<br>Murfreesboro, TN 37129 | West Virginia Southern | Charleston |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Honorable Irene C. Berger |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM<br>01/26/2018 | TO<br>01/25/2021 |
|---|---|---|

**OFFENSE**
Title 18 U.S.C. § 1952(a)(3) traveling in interstate commerce to facilitate unlawful activity

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Southern** DISTRICT OF **West Virginia**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Middle District of Tennessee** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

*February 1 2018*
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Middle** DISTRICT OF **Tennessee**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Feb 14 2018*
Effective Date

*[signature]*
United States District Judge